# EXHIBIT C



Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Amanda E.  Miller*
John F. Gillick
Carol A. Berlen
Brian P. Trelease*
Anne E. Rowan
Conor J. Hennessey*
Deysimara S. Hubner*
*  Also admitted in New York

*Of Counsel*
Baye Adofo-Wilson

Writer's Direct:
jgillick@NJRCMLaw.com

May 14, 2018

**<u>VIA E-COURTS</u>**
Clerk
Superior Court of New Jersey
Middlesex County Courthouse
56 Paterson Street
New Brunswick, NJ 08903

> Re:  **New Brunswick Parking Authority v.**
> **New Brunswick BBQ LLC d/b/a Brother Jimmy's**
> **Docket No.:**
> **Our File No.: 60-0002**

Dear Sir or Madam:

Please be advised that this law firm represents Plaintiff, New Brunswick Parking Authority. Please find enclosed a copy of the following:

1) Complaint;
2) Summons to New Brunswick BBQ, LLC, d/b/a Brothers Jimmy's; and
3) Civil Case Information Statement.

Please charge our Superior Court account #145848 for the any associated filing fees.

RAINONE COUGHLIN MINCHELLO
May 14, 2018
Page **2**

Thank you for your assistance in this matter.

Respectfully submitted,

**RAINONE COUGHLIN MINCHELLO, LLC**

By: _____

John F. Gillick, Esq.

JFG/ua

**John F. Gillick, Esq. – (#017302001)**
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway 1 South, Suite 440
Iselin, New Jersey 08830
Phone: 732-709-4182
Fax: 732-791-1555
*Attorneys for Plaintiff, New Brunswick Parking Authority*

| | |
|---|---|
| NEW BRUNSWICK PARKING AUTHORITY, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY |
| Plaintiffs, | DOCKET NO.: |
| v. | CIVIL ACTION |
| NEW BRUNSWICK BBQ, LLC, d/b/a BROTHER JIMMY'S, | COMPLAINT |
| Defendants. | |

Plaintiff, New Brunswick Parking Authority ("Plaintiff"), by way of Complaint against Defendant, New Brunswick BBQ, LLC, d/b/a Brother Jimmy's ("Defendant") alleges and says as follows:

## PARTIES

1.     Plaintiff is a public body corporate and political subdivision of the State of New Jersey with an office located at 106 Somerset Street, New Brunswick, New Jersey 08901.

2.     Defendant is a limited liability company of the State of New York and is authorized to conduct business in the State of New Jersey with an office located at 79 Madison Avenue, Suite 413, New York, New York 10016.

## JURISDICTION AND VENUE

3.     This Court has subject-matter jurisdiction over the instant matter pursuant to Rule 4:3-1 of the New Jersey Rules of Civil Procedure.

4.      Venue is proper pursuant to Rule 4:3-2 inasmuch as the claims arose in the County of Middlesex, State of New Jersey.

## **FIRST COUNT**

5.      On or about May 14, 2012, Plaintiff and Defendant entered into a Lease Agreement for commercial space located at 5 Easton Avenue, New Brunswick, New Jersey 0890, for a fifteen (15) year term, allowing Defendant to operate a commercial restaurant.

6.      Defendant has failed to pay rent, common area maintenance fees, utility fees, and other charges due to Plaintiff under the terms of the Lease Agreement since approximately October, 2017.

7.      On April 5 and 17, 2018, Defendant was advised that it was in default of the Lease Agreement and that the Lease would be considered terminated as of April 30, 2018.

8.      Defendant thereafter ceased operations and abandoned the premises on or about May 7, 2018.

9.      Defendant is no longer in possession of the leased premises.

10.     Pursuant to the terms of the Lease, Defendant is responsible for payment of all overdue Base Rent; Base Rent and Additional Rent for the balance of the Term of the Lease; all costs and expenses incurred by Plaintiff in connection with Defendant's default, including those related to any reletting of the premises; all late charges and reasonable attorney's fees and costs incurred by Plaintiff as a result of Defendant's default; as well as any other damages as set forth more specifically under the Lease.

**WHEREFORE**, Plaintiff, New Brunswick Parking Authority, demands judgment against Defendant, New Brunswick BBQ, LLC, d/b/a Brother Jimmy's, for compensatory damages with

lawful interest, reasonable attorneys' fees, cost of suit, and such other and further relief as the Court may deem appropriate.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the Court is advised that John F. Gillick, Esq. is hereby designated as trial counsel.

**RAINONE COUGHLIN MINCHELLO, LLC**
*Attorneys for Plaintiff, New Brunswick Parking Authority*

By: _____

Dated: May 14, 2018                                   John F. Gillick, Esq.

## CERTIFICATION PURSUANT TO RULE 4:5-1

I certify in accordance with R. 4:5-1 that to the best of my knowledge as of the date herein there are no other proceedings either pending or contemplated with respect to the matter in controversy in this action and no other parties who should be joined in the action.

**RAINONE COUGHLIN MINCHELLO, LLC**
*Attorneys for Plaintiff, New Brunswick Parking Authority*

By: _____

Dated: May 14, 2018                                   John F. Gillick, Esq.

## SUMMONS

Attorney(s) <u>John F. Gillick, Esq.</u>

Office Address <u>Rainone Coughlin Minchello, LLC</u>

Town, State, Zip Code <u>555 U.S. Highway One South, Suite 515, Iselin, NJ 08830</u>

Telephone Number <u>(732) 709-4182</u>

Attorney(s) for Plaintiff _____

New Brunswick Parking Authority,

_____

     Plaintiff(s)

     vs.

New Brunswick BBQ, LLC, d/b/a

Brother Jimmy's

     Defendant(s)

# Superior Court of New Jersey

<u>Middlesex</u> County

<u>Law</u> Division

Docket No: _____

# CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

/s/Michelle Smith

Clerk of the Superior Court

DATED: <u>05/14/2018</u>

Name of Defendant to Be Served: <u>New Brunswick BBQ, LLC, d/b/a Brother Jimmy's</u>

Address of Defendant to Be Served: <u>79 Madison Avenue, Suite 413, New York, New York 10016</u>

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

**Appendix XII-B1**

<table>
<tr>
<td colspan="2">

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**
</td>
<td>

FOR USE BY CLERK'S OFFICE ONLY

PAYMENT TYPE:  ☐ CK  ☐ CG  ☐ CA

CHG/CK NO.

AMOUNT:

OVERPAYMENT:

BATCH NUMBER:
</td>
</tr>
</table>

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| John F. Gillick, Esq. | (732) 709-4182 | Middlesex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| Rainone Coughlin Minchello, LLC | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 555 U.S. Highway 1 South, Suite 440 Iselin, NJ 08830 | Complaint |
| | JURY DEMAND  ☐ YES  ■ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| New Brunswick Parking Authority, Plaintiff | New Brunswick Parking Authority v. New Brunswick BBQ LLC d/b/a Brother Jimmy's |

| CASE TYPE NUMBER (See reverse side for listing) 399 | HURRICANE SANDY RELATED? ☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|

| RELATED CASES PENDING? ☐ YES  ■ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES  ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ■ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ■ YES  ☐ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain) ☐ FAMILIAL   ■ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ■ NO |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES  ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES  ■ NO | IF YES, FOR WHAT LANGUAGE? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE:

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

---

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**

- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**

- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

**Track III - 450 days' discovery**

- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**

- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | |
|---|---|---|
| 271  ACCUTANE/ISOTRETINOIN | 292 | PELVIC MESH/BARD |
| 274  RISPERDAL/SEROQUEL/ZYPREXA | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 282  FOSAMAX | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285  STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286  LEVAQUIN | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287  YAZ/YASMIN/OCELLA | 300 | TALC-BASED BODY POWDERS |
| 289  REGLAN | 601 | ASBESTOS |
| 290  POMPTON LAKES ENVIRONMENTAL LITIGATION | 623 | PROPECIA |
| 291  PELVIC MESH/GYNECARE | 624 | STRYKER LFIT CoCr V40 FEMORAL HEADS |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.**

**Please check off each applicable category**    ☐ **Putative Class Action**    ☐ **Title 59**

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-002962-18

**Case Caption:** NEW BRUNSWICK PARKIN G AUTH  VS NEW BRUNSWICK BBQ

**Case Initiation Date:** 05/14/2018

**Attorney Name:** JOHN F GILLICK

**Firm Name:** RAINONE COUGHLIN MINCHELLO, LLC

**Address:** 555 US HIGHWAY ONE SOUTH STE 440 ISELIN NJ 08830

**Phone:**

**Name of Party:** PLAINTIFF : New Brunswick Parking Auth

**Name of Defendant's Primary Insurance Company** (if known): Unknown

**Case Type:** REAL PROPERTY

**Document Type:** Complaint

**Jury Demand:** NONE

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

---

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/14/2018
Dated

/s/ JOHN F GILLICK
Signed



## RAINONE COUGHLIN MINCHELLO
### ATTORNEYS AT LAW

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Amanda E. Miller*
John F. Gillick
Carol A. Berlen
Brian P. Trelease*
Walter D. Denson
Anne E. Rowan
Conor J. Hennessey*
Ruben D. Perez*
* Also admitted in New York

*Of Counsel*
Baye Adofo-Wilson

Writer's Direct:
jgillick@NJRCMLaw.com

March 14, 2019

**VIA E-COURTS**
Clerk
Superior Court of New Jersey
Middlesex County Courthouse
56 Paterson Street
New Brunswick, NJ 08903

Re:     **New Brunswick Parking Authority v. New Brunswick BBQ LLC**
        **d/b/a Brother Jimmy's, et. al.**
        **Docket No.: MID-L-2962-18**
        **Our File No.: 60-0002**

Dear Sir or Madam:

Please be advised that this law firm represents Plaintiff, New Brunswick Parking Authority ("NBPA"). Please find enclosed a copy of the following:

1) Amended Complaint;
2) Case Information Statement; and
3) Certification of Service.

Please charge our Superior Court account #145848 for the any associated filing fees.

RAINONE COUGHLIN MINCHELLO
March 14, 2019
Page **2**

Thank you.

Respectfully submitted,

**RAINONE COUGHLIN MINCHELLO, LLC**

By: _____
    John F. Gillick, Esq.

JFG/ua
Encl.

cc:   New Brunswick BBQ LLC d/b/a Brother Jimmy's – (Via Lawyers Service)

**John F. Gillick, Esq. – (#017302001)**
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway 1 South, Suite 440
Iselin, New Jersey 08830
Phone: 732-709-4182
Fax: 732-791-1555
*Attorneys for Plaintiff, New Brunswick Parking Authority*

| | |
|---|---|
| NEW BRUNSWICK PARKING AUTHORITY, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY |
| Plaintiffs, | DOCKET NO.: MID-L-2962-18 |
| v. | <u>CIVIL ACTION</u> |
| NEW BRUNSWICK BBQ, LLC (d/b/a BROTHER JIMMY'S BBQ), DINING ENTERTAINMENT GROUP (d/b/a BROTHER JIMMY'S NYC RESTAURANT HOLDINGS, LLC), BROTHER JIMMY'S FRANCHISING, LLC, 16TH STREET BBQ, LLC (d/b/a BROTHER JIMMY'S 16TH STREET, LLC), BROTHER JIMMY'S CONEY ISLAND, LLC, FIRST AVENUE BROTHER JIMMY'S, LLC, THIRD AVENUE BROTHER JIMMY'S, LLC, JOSH LEBOWITZ, JOHN DOES 1-10, and ABC CORPS. 1-10, | **AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff, New Brunswick Parking Authority ("Plaintiff"), by way of Complaint against

Defendants New Brunswick BBQ, LLC (d/b/a Brother Jimmy's BBQ), Dining Entertainment

Group (d/b/a Brother Jimmy's NYC Restaurant Holdings, LLC), Brother Jimmy's Franchising,

LLC, 16TH Street BBQ, LLC (d/b/a Brother Jimmy's 16TH Street, LLC), Brother Jimmy's Coney

Island, LLC, First Avenue Brother Jimmy's, LLC, Third Avenue Brother Jimmy's, LLC, Josh

Lebowitz, John Does 1-10, and ABC Corps. 1-10, ("Defendants") alleges and says as follows:

## PARTIES

1.      Plaintiff is a public body corporate and political subdivision of the State of New Jersey with an office located at 106 Somerset Street, New Brunswick, New Jersey 08901.

2.      Defendant New Brunswick BBQ, LLC (d/b/a Brother Jimmy's BBQ), is a limited liability company of the State of New York and is authorized to conduct business in the State of New Jersey with an office located at 79 Madison Avenue, Suite 413, New York, New York 10016.

3.      Defendant Dining Entertainment Group (d/b/a Brother Jimmy's NYC Restaurant Holdings, LLC) is a limited liability company of the State of New York with offices located at 53 W. 36th Street, Ste. 201, New York, New York 10018.

4.      Defendant Brother Jimmy's Franchising, LLC is a limited liability company of the State of New York with an office located at 53 W. 36th Street, Ste. 201, New York, New York 10018.

5.      Defendant 16TH Street BBQ, LLC (d/b/a Brother Jimmy's 16TH Street, LLC) is a limited liability company of the State of New York with an office located at 79 Madison Avenue, Suite 513, New York, New York 10016.

6.      Defendant Brother Jimmy's Coney Island, LLC is a limited liability company of the State of New York with an office located at 53 W. 36th Street, Ste. 201, New York, New York 10018.

7.      Defendant First Avenue Brother Jimmy's, LLC is a limited liability company of the State of New York with an office located at 53 W. 36th Street, Ste. 201, New York, New York 10018.

8.    Defendant Third Avenue Brother Jimmy's, LLC is a limited liability company of the State of New York with an office located at 544 W. 27th Street, 3rd Fl., New York, New York 10001.

9.    Josh Lebowitz is an owner, principal, partner, agent, servant, manager, and/or representative of each of the above corporations and/or entities whose business address is 79 Madison Avenue, Suite 513, New York, New York 10016.

10.    Defendant John Does 1-10 are owner, principal, partner, agent, servant, manager, and/or representative of each of the above corporations and/or entities, who are fictitiously pled as their identities are currently unknown.

11.    Defendant ABC Corps. 1-10 are corporations and/or entities affiliated or otherwise with the defendants which are fictitiously pled as their identities are currently unknown.

## JURISDICTION AND VENUE

12.    This Court has subject-matter jurisdiction over the instant matter pursuant to Rule 4:3-1 of the New Jersey Rules of Civil Procedure.

13.    Venue is proper pursuant to Rule 4:3-2 inasmuch as the claims arose in the County of Middlesex, State of New Jersey.

## FIRST COUNT

14.    On or about May 14, 2012, Plaintiff and Defendants New Brunswick BBQ and Lebowitz entered into a Lease Agreement for commercial space located at 5 Easton Avenue, New Brunswick, New Jersey 0890, for a fifteen (15) year term, allowing Defendants to operate a commercial restaurant.

15.     Defendants New Brunswick BBQ and Lebowitz have failed to pay rent, common area maintenance fees, utility fees, and other charges due to Plaintiff under the terms of the Lease Agreement since approximately October, 2017.

16.     On April 5 and 17, 2018, Defendants New Brunswick BBQ and Lebowitz were advised that it was in default of the Lease Agreement and that the Lease would be considered terminated as of April 30, 2018.

17.     Defendants New Brunswick BBQ and Lebowitz thereafter ceased operations and abandoned the premises on or about May 7, 2018.

18.     Defendants New Brunswick BBQ and Lebowitz are no longer in possession of the leased premises.

19.     Pursuant to the terms of the Lease, Defendants New Brunswick BBQ and Lebowitz are responsible for payment of all overdue Base Rent; Base Rent and Additional Rent for the balance of the Term of the Lease; all costs and expenses incurred by Plaintiff in connection with Defendants' default, including those related to any reletting of the premises; all late charges and reasonable attorney's fees and costs incurred by Plaintiff as a result of Defendants' default; as well as any other damages as set forth more specifically under the Lease.

20.     Upon information and belief, Defendants Dining Entertainment Group, Brother Jimmy's Franchising, 16TH Street BBQ, Brother Jimmy's Coney Island, First Avenue Brother Jimmy's, Third Avenue Brother Jimmy's, Josh Lebowitz, John Does 1-10, and ABC Corps. 1-10 are all individuals and/or entities which own, control, finance or are otherwise responsible at law for the conduct of Defendants New Brunswick BBQ and Lebowitz.

21.     Each of the Defendants have the same and/or related addresses, owners, principals, agents, and/or representatives and are in fact sham or shell corporations set up for the express

purpose of avoiding their shared contractual and legal responsibilities, including the contract breaches of Defendants New Brunswick BBQ and Lebowitz.

**WHEREFORE**, Plaintiff, New Brunswick Parking Authority, demands judgment against Defendants, New Brunswick BBQ, LLC (d/b/a Brother Jimmy's BBQ), Dining Entertainment Group (d/b/a Brother Jimmy's NYC Restaurant Holdings, LLC), Brother Jimmy's Franchising, LLC, 16TH Street BBQ, LLC (d/b/a Brother Jimmy's 16TH Street, LLC), Brother Jimmy's Coney Island, LLC, First Avenue Brother Jimmy's, LLC, Third Avenue Brother Jimmy's, LLC, Josh Lebowitz, John Does 1-10, and ABC Corps. 1-10, for compensatory damages with lawful interest, reasonable attorneys' fees, cost of suit, and such other and further relief as the Court may deem appropriate.

## <u>DESIGNATION OF TRIAL COUNSEL</u>

Pursuant to the provisions of <u>R.</u> 4:25-4, the Court is advised that John F. Gillick, Esq. is hereby designated as trial counsel.

**RAINONE COUGHLIN MINCHELLO, LLC**
*Attorneys for Plaintiff, New Brunswick Parking Authority*

By: _____
               John F. Gillick, Esq.

Dated: March 14, 2019

## CERTIFICATION PURSUANT TO RULE 4:5-1

I certify in accordance with <u>R.</u> 4:5-1 that to the best of my knowledge as of the date herein there are no other proceedings either pending or contemplated with respect to the matter in controversy in this action and no other parties who should be joined in the action.

**RAINONE COUGHLIN MINCHELLO, LLC**
*Attorneys for Plaintiff, New Brunswick Parking Authority*

By: _____
          John F. Gillick, Esq.

Dated: March 14, 2019

Appendix XII-B1

<table>
<tr><td colspan="2"></td><td colspan="2">FOR USE BY CLERK'S OFFICE ONLY</td></tr>
<tr><td rowspan="5"></td><td rowspan="5">

## CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
**if information above the black bar is not completed**
**or attorney's signature is not affixed**</td><td>PAYMENT TYPE:  ☐ CK  ☐ CG  ☐ CA</td></tr>
<tr><td>CHG/CK NO.</td></tr>
<tr><td>AMOUNT:</td></tr>
<tr><td>OVERPAYMENT:</td></tr>
<tr><td>BATCH NUMBER:</td></tr>
</table>

| ATTORNEY / PRO SE NAME<br>John F. Gillick, Esq. | TELEPHONE NUMBER<br>(732) 709-4182 | COUNTY OF VENUE<br>Middlesex |
|---|---|---|
| FIRM NAME (if applicable)<br>Rainone Coughlin Minchello, LLC | | DOCKET NUMBER (when available) |
| OFFICE ADDRESS<br>555 U.S. Highway 1 South, Suite 440<br>Iselin, NJ 08830 | | DOCUMENT TYPE<br>Amended Complaint |
| | | JURY DEMAND   ☐ YES   ■ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>New Brunswick Parking Authority,<br>Plaintiff | CAPTION<br>New Brunswick Parking Authority v. New Brunswick BBQ LLC d/b/a Brother Jimmy's, et. al. |
|---|---|
| CASE TYPE NUMBER<br>(See reverse side for listing)<br><br>399 | HURRICANE SANDY<br>RELATED?<br>☐ YES   ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ■ NO<br><br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ YES   ■ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES   ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>■ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>■ YES   ☐ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain)<br>☐ FAMILIAL   ■ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ YES   ■ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES   ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ YES   ■ No | IF YES, FOR WHAT LANGUAGE? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE:



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

---

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I  -  150 days' discovery**

| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (including declaratory judgment actions) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM (coverage issues only) |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (summary action) |
| 999 | OTHER (briefly describe nature of action) |

**Track II  -  300 days' discovery**

| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 603N | AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold) |
| 603Y | AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold) |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE – PROPERTY DAMAGE |
| 621 | UM or UIM CLAIM (includes bodily injury) |
| 699 | TORT – OTHER |

**Track III  -  450 days' discovery**

| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

**Track IV  -  Active Case Management by Individual Judge / 450 days' discovery**

| | |
|---|---|
| 156 | ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 620 | FALSE CLAIMS ACT |
| 701 | ACTIONS IN LIEU OF PREROGATIVE WRITS |

**Multicounty Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 292 | PELVIC MESH/BARD |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 282 | FOSAMAX | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287 | YAZ/YASMIN/OCELLA | 300 | TALC-BASED BODY POWDERS |
| 289 | REGLAN | 601 | ASBESTOS |
| 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION | 623 | PROPECIA |
| 291 | PELVIC MESH/GYNECARE | 624 | STRYKER LFIT CoCr V40 FEMORAL HEADS |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.**

**Please check off each applicable category    ☐ Putative Class Action    ☐ Title 59**

---

**John F. Gillick, Esq. – (#017302001)**
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway 1 South, Suite 440
Iselin, New Jersey 08830
Phone: 732-709-4182
Fax: 732-791-1555
*Attorneys for Plaintiff, New Brunswick Parking Authority*

| | |
|---|---|
| NEW BRUNSWICK PARKING AUTHORITY, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY |
| Plaintiffs, | DOCKET NO.: MID-L-2962-18 |
| v. | CIVIL ACTION |
| NEW BRUNSWICK BBQ, LLC (d/b/a BROTHER JIMMY'S BBQ), DINING ENTERTAINMENT GROUP (d/b/a BROTHER JIMMY'S NYC RESTAURANT HOLDINGS, LLC), BROTHER JIMMY'S FRANCHISING, LLC, 16TH STREET BBQ, LLC (d/b/a BROTHER JIMMY'S 16TH STREET, LLC), BROTHER JIMMY'S CONEY ISLAND, LLC, FIRST AVENUE BROTHER JIMMY'S, LLC, THIRD AVENUE BROTHER JIMMY'S, LLC, JOSH LEBOWITZ, JOHN DOES 1-10, and ABC CORPS. 1-10, | **CERTIFICATION OF SERVICE** |
| Defendants. | |

I, **MARIA VARGAS,** being of full age, hereby certify as follows:

On March 14, 2019, I caused a copy of the following documents to be delivered via E-courts to the Clerk of the Superior Court of New Jersey, Middlesex County Courthouse, Law Division, 56 Paterson Street, New Brunswick, NJ 08903:

1) Amended Complaint;
2) Case Information Statement; and
3) Certification of Service.

In addition, I caused a copy of the above documents to be delivered via E-courts and Lawyers Service to the following address:

    1)   Honorable Michael V. Cresitello, Jr., J.S.C.
         Superior Court of New Jersey
         Middlesex County Courthouse
         56 Paterson Street, 3rd Floor
         New Brunswick, NJ 08903

In addition, I caused a copy of the above documents to be delivered via Lawyers Service to the following address:

    1)   New Brunswick BBQ, LLC d/b/a Brother Jimmy's
         Princeton South Corporate Ctr, Ste, 160,
         100 Charles Ewin Blvd.
         Ewing, NJ 08638

I certify that the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
           Maria Vargas

Dated: March 14, 2019